RICHARD A. BYRNE, Appellant, *v.* WILLIAM L. BECKMAN et al., Defendants, and ANNA L. STEVENSON, Respondent.

*Byrne* v. *Beckman*, 169 App. Div. 797, affirmed.

(Argued November 18, 1918; decided December 3, 1918.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered December 15, 1915, affirming a judgment in favor of defendant Stevenson entered upon a decision of the court on trial at Special Term. Defendant Stevenson leased a plot of land to defendant Beckman, one of the provisions of the lease being that the lessees should erect a hotel on the premises. This they proceeded to do, borrowing money for that purpose from the plaintiff, who brought this action to have the amount of money which he advanced, and which was used in the construction of the hotel, declared to have been so advanced by the acquiescence and approval of the defendant Stevenson for the improvement of her property, and declared a lien upon said premises and that she and her premises be adjudicated to be liable for the sum so advanced.

*John P. Kellas* for appellant.

*Frank E. Smith* and *Thomas B. Cotter* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, CUDDEBACK, CAR-
DOZO, POUND, CRANE and ANDREWS, JJ.